IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>PERDUE FARMS INC., et al.,<br><br>    Defendants. | Case No. 19-cv-07671-MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the parties' joint request to continue the Case Management Conference in the above-titled case to a date after their scheduled mediation (see Doc. No. 31), the Case Management Conference currently scheduled for September 18, 2020, is hereby CONTINUED to January 15, 2021, at 10:30 a.m.  A Joint Case Management Conference Statement shall be filed no later than January 8, 2021.

**IT IS SO ORDERED.**

Dated: September 11, 2020

MAXINE M. CHESNEY
United States District Judge