# REQUEST FOR EXCLUSION FORM

*Williams v. Perdue Farms, Inc., et al.*
**Case No. 3:19-cv-07671-MMC**
**United States District Court, Northern District of California**

If you want to receive an Individual Settlement Payment, you should **not** fill out this form (also known as an "**Opt Out Form**"); you are **not** required to do anything at this time. This form is to be used **only** if you want to exclude yourself from the Settlement.

If you decide to exclude yourself from (opt out of) the Settlement: (1) you will not receive any payments or benefits under the Settlement; (2) you will not be able to object to the Settlement; (3) you will not be bound by the Settlement if it is ultimately approved by the Court; and (4) you may pursue any claims asserted in the Lawsuit against Defendants by filing your own lawsuit.

**To be excluded from the Settlement, complete this Request for Exclusion Form and mail it to the Settlement Administrator at the address listed below, postmarked no later than April 22, 2022.**

> **Simpluris, Inc.**
> [*Williams v. Perdue Farms, Inc., et al.*]
> [Address]
> [City, State Zip]

## Request for Exclusion

I hereby certify that I have been employed in California by at least one of the Defendants Perdue Farms, Inc., Perdue Foods LLC, Petaluma Acquisition, LLC, Coleman Natural Products, Inc., and/or Coleman Natural Foods, LLC at some time during the period from October 11, 2015 through February 11, 2022.

I have received the Notice of Proposed Class Action and PAGA Settlement (the "**Notice**") in the Lawsuit, and I request to be excluded from the Settlement. I understand that by submitting this Request for Exclusion Form, I will not receive any money or other benefits under the Settlement, and I will not be bound by the Settlement, including the release of Released Claims, as described in the Notice and in the Settlement Agreement on file with the Court.

**Please print legibly:**                Full Name: _____

Date of Birth: _____   Phone Number: _____

Street Address: _____

City, State, Zip Code: _____

Last 4 digits of Social Security No.: _____   Employee ID No.: _____

Signature of Class Member: _____   Date: _____