Shaun Setareh (Cal. State Bar No. 204514)
  shaun@setarehlaw.com
William M. Pao (Cal. State Bar No. 219846)
  william@setarehlaw.com
Jose Maria D. Patino, Jr. (Cal. State Bar No. 270194)
  jose@setarehlaw.com
Nolan Dilts (Cal. State Bar No. 328904)
  nolan@setarehlaw.com
SETAREH LAW GROUP
9665 Wilshire Boulevard, Suite 430
Beverly Hills, California 90212
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiff
RONNIE WILLIAMS

[*Additional counsel listed on next page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE WILLIAMS, on behalf of himself, all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>PERDUE FARMS INC., a Maryland corporation; PERDUE FOODS LLC, a Maryland limited liability company; PETALUMA ACQUISITION, LLC, a Delaware limited liability company; COLEMAN NATURAL PRODUCTS, INC., a Delaware corporation; COLEMAN NATURAL FOODS, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>*Defendants*. | Case No. 3:19-CV-07671-MMC<br><br>Assigned for All Purposes to The Honorable Maxine M. Chesney, Courtroom 7<br><br>ORDER APPROVING **JOINT STIPULATION TO CONTINUE DEADLINE TO SUBMIT SUPPLEMENTAL PAPERS RE: AMENDMENT OF SETTLEMENT BY 30 DAYS;** [PROPOSED] ORDER VACATING HEARING<br><br><br>Action Filed:     October 11, 2019<br>Action Removed:  November 21, 2019<br>First Amended Complaint Filed:  March 16, 2020 |

MICHAEL J. NADER, (Cal. State Bar No. 200425)

---
JOINT STIPULATION TO CONTINUE DEADLINE TO SUBMIT SUPPLEMENTAL PAPERS RE:
AMENDMENT OF SETTLEMENT BY 30 DAYS; [PROPOSED] ORDER

michael.nader@ogletree.com
PAUL M. SMITH, (Cal. State Bar No. 306644)
paul.smith@ogletree.com
RABIA Z. REED, (Cal. State Bar No. 317288)
rabia.reed@ogletree.com
OGLETREE, DEAKINS, NASH SMOAK &
STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone: (916) 840-3150
Facsimile: (916) 840-3159

AARON H. COLE, (Cal. State Bar No. 236655)
aaron.cole@ogletree.com
OGLETREE, DEAKINS, NASH SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: (213) 239-9800
Facsimile: (213) 239-9045

Attorneys for Defendant
PERDUE FARMS, INC., PERDUE FOODS
LLC, PETALUMA ACQUISITION, LLC,
COLEMAN NATURAL PRODUCTS, INC.,
and COLEMAN NATURAL FOODS, LLC

Plaintiff RONNIE WILLIAMS ("Plaintiff") and Defendants PERDUE FARMS, INC.; PERDUE FOODS, LLC; PETALUMA ACQUISITION, LLC; COLEMAN NATURAL PRODUCTS, INC.; and COLEMAN NATURAL FOODS, LLC (collectively, "Defendants") (Plaintiff and Defendants, collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on February 11, 2022, the Court granted preliminary approval of the Settlement between the Parties in this matter (ECF 58);

WHEREAS, on March 21, 2022, the Court held a hearing to discuss the status of the class notice procedure with respect to the Settlement Website and the status of the motion for attorneys' fees;

WHEREAS, at the hearing, the Parties informed the Court that the Settlement and Class Notice needed to be modified to address an issue regarding the apportionment of the Settlement funds to one of the Settlement Classes, the Reimbursement Class, based upon further information recently obtained regarding the size and complement of that Class, and that in order to make the appropriate modifications, Defendants would have to compile the data regarding the Reimbursement Class for Plaintiff, the Parties would have to further meet and confer to appropriately modify the Settlement and Class Notice, and the amended Settlement Agreement would then need to be executed and explanation of the modifications submitted to the Court;

WHEREAS, at the hearing, the Court ordered the Parties to work together to address this issue and to file supplemental papers, including an amended Settlement Agreement and amended Class Notice, by May 23, 2022, but further advised that, if the Parties require more time in order to do so, they should file a stipulation and proposed order to continue the submission deadline on or before that date;

WHEREAS, the Parties have been working diligently on the modifications but are still awaiting a forthcoming final compilation of the data for the Reimbursement Class, analysis of which is needed to finalize the modifications; and

WHEREAS, the Parties agree that an additional 30 days will suffice to analyze the complete data, finalize the amended Settlement Agreement and Class Notice, execute the amended Settlement Agreement, and submit the supplemental papers to the Court;

///

///

THEREFORE, the Parties hereby stipulate and agree that the Parties shall have an additional 30 days, i.e., until June 22, 2022, to file supplemental papers with respect to an amended Settlement, including a proposed amended Settlement Agreement and proposed amended Class Notice.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | **SETAREH LAW GROUP** |
| DATED: May 20, 2022 |  |
|  | By:  */s/ Jose Maria D. Patino, Jr.* |
|  | JOSE MARIA D. PATINO, JR.<br>Attorneys for Plaintiff<br>RONNIE WILLIAMS |
| DATED: May 20, 2022 | **OGLETREE, DEAKINS, NASH SMOAK & STEWART, P.C** |
|  | By:  */s/ Paul M. Smith*<br>PAUL M. SMITH<br>Attorneys for Defendants<br>PERDUE FARMS, INC.; PERDUE FOODS, LLC; PETALUMA ACQUISITION, LLC; COLEMAN NATURAL PRODUCTS, INC.; and COLEMAN NATURAL FOODS, LLC. |

**SIGNATURE ATTESTATION**

In compliance with CAND ECF Policies and Procedures regarding Stipulations and Other Documents Requiring Multiple Signatures, I hereby attest that I have obtained the concurrence in the filing of this document from all signatories.

| | |
|---|---|
| DATED: May 20, 2022 | **SETAREH LAW GROUP** |
|  | By:  */s/ Jose Maria D. Patino, Jr.*<br>JOSE MARIA D. PATINO, JR.<br>Attorneys for Plaintiff<br>RONNIE WILLIAMS |

JOINT STIPULATION TO CONTINUE DEADLINE TO SUBMIT SUPPLEMENTAL PAPERS RE: AMENDMENT OF SETTLEMENT BY 30 DAYS; [PROPOSED] ORDER

**[PROPOSED] ORDER**

Having considered the Stipulation between the Parties, and good cause appearing therefore, this Court hereby grants the Stipulation and hereby ORDERS:

1. The deadline for the Parties to file supplemental papers with respect to the proposed modifications to the Settlement, including a proposed amended Settlement and proposed amended Class Notice, is continued to June 22, 2022.

In light of the above, the hearing on the motion for final approval, currently set for July 1, 2022, is hereby VACATED, and any future hearing will be reset, as appropriate, following submission of the above-referenced amended documents.

DATED: May 20, 2022

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE